UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN BARBER-EDWARDS,<br><br>        Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS,<br><br>        Defendant. | DOCKET NO. 3:09-CV-00905 (WWE)<br><br><br><br><br><br>NOVEMBER 4, 2009 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the plaintiff, Susan Barber-Edwards, through her attorney, and the defendant, NCO Financial Systems, through its attorney, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**Plaintiff**, Susan Barber-Edwards

By:/s/Daniel S. Blinn
Daniel S. Blinn, Fed Bar No. ct02188
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408;  Fax. (860) 571-7457
dblinn@consumerlawgroup.com

**Defendant**, NCO Financial Systems

By: /s/ Walter A. Shalvoy
Walter A. Shalvoy, Fed Bar No. CT25132
Maher and Murtha, LLC
528 Clinton Ave., P.O. Box 901
Bridgeport, CT 06601-0901
Tel. (203) 367-2700; Fax.(203) 335-0589
wshalvoy@maherandmurtha.com


By: /s/ Maria N. Rabieh
Maria N. Rabieh,
Sessions Fishman Nathan & Israel LLP
3850 N. Causeway Boulevard
Lakeway Two, Suite 200
Metairie, Louisiana 70002-7227
Tel. (504) 828-3700; Fax.(504) 828-3737
mrabieh@sessions-law.biz

## *CERTIFICATION*

I hereby certify that on this 4th day of November, 2009, a copy of foregoing Stipulation of Dismissal With Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn